**Olivier L.F. ASSER, Plaintiff—Appellant,**

v.

**The TAX COMMISSIONER OF THE COMMONWEALTH OF VIRGINIA, Defendant—Appellee.**

No. 04–1500.

United States Court of Appeals, Fourth Circuit.

Submitted June 10, 2004.

Decided June 17, 2004.

Olivier L.F. Asser, Appellant pro se.

Andrew Cameron O'Brion, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Olivier L.F. Asser appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint alleging civil conspiracy, fraud, and willful misconduct. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Asser v. Tax Comm'r,* No. CA–03– 1613–A (E.D.Va. Apr. 12, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*